# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA :

vs. : CRIMINAL NO.: 17-44-WS-N

JONATHON PATRICK WILLIAMS :

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. ) and without any objection having been filed by the parties, the plea guilty of the Defendant to Count 1 of the Superseding Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for November 30, 2017 at 10:00 a.m., under separate order.

**DONE and ORDERED** this the 27th day of September, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE